IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DIVISION,
WESTERN DISTRICT, AT JACKSON, TENNESSEE

CHRISTOPHER TAYLOR,

    Plaintiff,

v.                                                              No.   1-05-1201 T/An

BRYANT NICHOLS, CHAD JACKSON, BILLY
RAYMOND, and the CITY OF BROWNSVILLE,
TENNESSEE,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME

This matter came before the Court pursuant to Defendants' motion for an extension of time up and including January 6, 2006, to file a responsive pleading. It appearing to the Court Plaintiff's counsel is in agreement with the motion,

IT IS, THEREFORE ORDERED that Defendants have up to and including January 6, 2006, to file a responsive pleading in this matter.

This the 21st day of December, 2005.

                        S. Thomas Anderson
                        HONORABLE JAMES D. TODD, Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01201 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT